```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 07285
     LUCRETIA M GARDNER
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-9204


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/21/2006 and was confirmed 08/28/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   71.00%.

     The case was dismissed after confirmation 10/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP     SECURED            6349.75      1287.23       6349.75
CREDIT ACCEPTANCE CORP     UNSECURED        NOT FILED          .00           .00
CREDIT ACCEPTANCE          NOTICE ONLY      NOT FILED          .00           .00
ECONOMY FURNITURE          SECURED             250.00          .00        250.00
ILLINOIS DEPT OF REVENUE   PRIORITY         NOT FILED          .00           .00
AMERICASH LOANS LLC        UNSECURED           1807.91         .00        199.24
AMERICASH LOANS LLC        UNSECURED            420.18         .00         46.31
ASPIRE                     UNSECURED               .00         .00           .00
AVON PRODUCTS              UNSECURED        NOT FILED          .00           .00
BALABAN FURNITURE          UNSECURED           2440.69         .00        268.97
BLACK EXPRESSION           UNSECURED        NOT FILED          .00           .00
BMG MUSIC                  UNSECURED        NOT FILED          .00           .00
CHECK INTO CASH            UNSECURED        NOT FILED          .00           .00
CORTRUST BANK              UNSECURED        NOT FILED          .00           .00
CORUS BANK                 UNSECURED        NOT FILED          .00           .00
FIRST NATIONAL CREDIT CA   UNSECURED        NOT FILED          .00           .00
PREMIER BANCARD CHARTER    UNSECURED            231.62         .00         25.52
HSBC BANK NEVADA/HSBC CA   UNSECURED            214.94         .00         23.68
HSBC BANK NEVADA/HSBC CA   UNSECURED            205.77         .00         22.68
LITTLE COMPANY OF MARY H   UNSECURED        NOT FILED          .00           .00
LITTLE COMPANY OF MARY H   NOTICE ONLY      NOT FILED          .00           .00
MARIN VISA                 UNSECURED        NOT FILED          .00           .00
MCR BUDGET COUNSELORS IN   NOTICE ONLY      NOT FILED          .00           .00
PLAINS COMMERCE BANK       UNSECURED            194.01         .00         21.38
SEVENTH AVENUE             UNSECURED        NOT FILED          .00           .00
UNITED PARCEL SERVICE      UNSECURED        NOT FILED          .00           .00
WOW INTERNET CABLE         UNSECURED        NOT FILED          .00           .00
WOW INTERNET & CABLE       NOTICE ONLY      NOT FILED          .00           .00
ECONOMY FURNITURE          UNSECURED            277.31         .00         30.55
BALABAN FURNITURE          SECURED            1700.00          .00       1274.94
ZALUTSKY & PINSKI LTD      REIMBURSEMENT       79.00           .00         79.00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      3,000.00                     3,000.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 07285 LUCRETIA M GARDNER
```

```
TOM VAUGHN                TRUSTEE                                   870.75
DEBTOR REFUND             REFUND                                    750.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             14,500.00

PRIORITY                                         79.00
SECURED                                       7,874.69
    INTEREST                                  1,287.23
UNSECURED                                       638.33
ADMINISTRATIVE                                3,000.00
TRUSTEE COMPENSATION                            870.75
DEBTOR REFUND                                   750.00
                   ---------------         ---------------
TOTALS              14,500.00                14,500.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 01/26/09         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE